■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANCE STEWARTSON, Appellant. [767 NYS2d 586]—

Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered November 15, 2001, convicting defendant, after a jury trial, of attempted robbery in the second degree, and sentencing him, as a second violent felony offender, to a term of seven years, unanimously affirmed.

The trial court properly refused to submit attempted robbery in the third degree to the jury as a lesser included offense, since there was no reasonable view of the evidence, viewed most favorably to defendant, that the defendant committed the lesser offense but not the greater offense (*see People v Lopez*, 73 NY2d 214, 221-222 [1989]; *People v Simmons*, 186 AD2d 95, 96 [1992], *lv denied* 81 NY2d 976 [1993]).

The court properly exercised its discretion in denying defendant's request, made at the start of trial, to hire private counsel (*see People v Arroyave*, 49 NY2d 264, 271-272 [1980]). The last-minute substitution would have caused serious delay and inconvenience, particularly since the People had already brought the victim, a foreign national, back from overseas to

testify. Furthermore, defendant did not "demonstrate that the requested adjournment [was] necessitated by forces beyond his control and [was] not simply a dilatory tactic" (*id.* at 272). Concur—Mazzarelli, J.P., Saxe, Williams, Lerner and Marlow, JJ.